No. 6163.   REYNOLDS v. ARIZONA.   C. A. 9th Cir. Certiorari denied.

No. 6182.   BUSTOS v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 6231.   MALONE v. PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 6261.   DUDLEY v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 6273.   LAY v. FLORIDA.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 6299.   HILL v. CIRCUIT COURT OF HILLSBOROUGH. Sup. Ct. Fla.   Certiorari denied.

No. 6318.   BLANTON v. SMITH, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 6326.   FITZSIMMONS v. PERINI, CORRECTIONAL SUPERINTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 6332.   MURPHY v. CONTE.   Sup. Ct. Wash.   Certiorari denied.

No. 6337.   LOCKRIDGE ET AL. v. SUPERIOR COURT OF LOS ANGELES COUNTY.   Sup. Ct. Cal.   Certiorari denied.

No. 6339.   NICHOLS v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 6347.   WALTERS, AKA ROBINSON v. UNITED STATES. C. A. 7th Cir.   Certiorari denied.

No. 6358.   MAYFIELD v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.